UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDREW THOMAS VALLIER,

    Defendant.
_____/

HON. GORDON J. QUIST

Case No. 2:06-cr-04

**ORDER**

    This matter is before the Court on the government's motion for detention (docket #8). At the arraignment conducted March 3, 2006, defendant advised the court that he does not wish to contest detention at this time, but would like to reserve the right to request a hearing at a later date. Accordingly, the government's motion for detention is granted and the defendant will be detained pending trial.

    IT IS FURTHER ORDERED that the defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the

defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

        IT IS SO ORDERED.


Date:  March 3, 2006                         /s/ Timothy P. Greeley  
                                                               TIMOTHY P. GREELEY  
                                                                United States Magistrate Judge